**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MORAN INDUSTRIES, INC.,** | * |
|     **Plaintiff** | * |
| | *    **Civil Action** |
| **v.** | * |
| | *    **File Number 09 CV 5563** |
| **MR. TRANSMISSION OF** | * |
|    **CHATTANOOGA, INC.,** | * |
| **RODNEY B. RANDALL,** | * |
| **And** | * |
| **DAVID JASON RANDALL, d/b/a** | * |
| **JASON RANDALL'S** | * |
| **TRANSMISSION SERVICE,** | * |
|     **Defendants** | * |

**STATEMENT OF UNDISPUTED FACTS**

Defendant David Jason Randall ("Randall") provides this statement of undisputed material facts:

1. Randall is a resident of the State of Georgia (Complaint, paragraph 4; Randall's Affidavit, paragraph 1)

2. This Defendant is transacting business in Chattanooga, Hamilton County, Tennessee (Complaint, paragraph 4; Affidavit, paragraph 2)

3. This Defendant is not transacting business in Midlothian, Illinois, Chicago, Illinois, or within the geographical boundaries of the Northern District of Illinois. (Affidavit, paragraphs 2, 4)

4. Defendant has never transacted business in Midlothian, Illinois, Chicago, Illinois, or within the geographical boundaries of the Northern District of Illinois. (Affidavit, paragraph 4)

5. This Defendant has never travelled to Midlothian, Illinois, Chicago, Illinois, or within the geographical boundaries of the Northern District of Illinois. (Affidavit, paragraph 3)

6. This Defendant has never committed a tort in Midlothian, Illinois, Chicago, Illinois, or within the territorial boundaries of the Northern District of Illinois. (Affidavit, paragraph 6).

7. Randall does not own any real property within the territorial boundaries of the Northern District of Illinois (Affidavit, paragraph 5).

8. Randall has not acquired any asset or thing of value within the territorial boundaries of the Northern District of Illinois (Affidavit, paragraph 5).

9. As alleged in paragraph 28, 30, 35, 37, 42, 44, 46, 47, 48, 49, 50, 51 (which specifically alleges Randall "does *not* operate on a nationwide basis") and 59 (which alleges Plaintiff's difficulties in franchising its name and diversion of business within the *local* trading area, presumably the Chattanooga, Tennessee area), any acts attributable to this Defendant, which this Defendant specifically denies, were done in Chattanooga, Hamilton County, Tennessee.

10. This Defendant has no contractual, commercial, business or personal relationship, whatsoever, with the Plaintiff (Affidavit, paragraph 7).

11. The Complaint and Summons were delivered to Randall in Chattanooga, Hamilton County, Tennessee and not within the territorial boundaries of the Northern District of Illinois (Affidavit, paragraph 8).

*/s/ James A. Meaney, III*
**James A. Meaney, III**
Attorney for the Defendant
David Jason Randall
*Pro hac vice*
Georgia Bar Number 500491

2

PERROTTA, CAHN & PRIETO, P.C.
319 North Selvidge Street
Dalton, GA 30720-3108
678-792-2267
706-275-6076 Facsimile
jam@perrottalaw.com

### Certificate of Service

I certify that I have this day electronically filed a complete and accurate copy of the foregoing pleading with the Clerk of this Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties and counsel of record indicated on the electronic filing receipt and the parties may access this filing through the Court's electronic filing system. All additional counsel and unrepresented parties will be served by hand delivery, statutory overnight delivery, facsimile or e-mail transmission, or by depositing a complete and accurate copy of the foregoing pleading in the United States Mail with sufficient postage affixed thereon to carry same to its destination.

Mr. Winkle Hong, Esq.
Moran Industries, Inc.
4444 West 147th Street
Midlothian, IL 60445

Mr. Rodney P. Randall
1858 Rivergate Terrace
Soddy Daisy, TN 37379

This ____ day of October, 2009.

/s/ *James A. Meaney, III*
**James A. Meaney, III**

3