UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MORAN INDUSTRIES, INC., | * | |
|     Plaintiff | * | |
| | * | Civil Action |
| v. | * | |
| | * | File Number 09 CV 5563 |
| MR. TRANSMISSION OF | * | |
|   CHATTANOOGA, INC., | * | |
| RODNEY B. RANDALL, | * | |
| And | * | |
| DAVID JASON RANDALL, d/b/a | * | |
| JASON RANDALL'S | * | |
| TRANSMISSION SERVICE, | * | |
|     Defendants | * | |

## AFFIDAVIT

STATE OF GEORGIA
COUNTY OF CATOOSA

Personally appeared before the undersigned attesting officer, authorized to administer oaths, David Jason Randall, who, after being duly sworn, deposes and states as follows:

1. Affiant is a resident of the State of Georgia, residing at 430 Big Creek Lane, Ringgold, Catoosa County, Georgia.

2. Affiant, as a sole proprietor, operates a business in Chattanooga, Hamilton County, Tennessee.

3. Affiant has never travelled to Midlothian, Illinois, Chicago, Illinois, or within geographical boundaries of the Northern District of Illinois.

4. Affiant has never transacted business in Midlothian, Illinois, Chicago, Illinois, or within the geographical boundaries of the Northern District of Illinois.

5.  Affiant does not now and has never owned any real property, asset or thing of value in Midlothian Illinois, Chicago, Illinois, or within the geographical boundaries of the Northern District of Illinois.

6.  Affiant has never committed a tort in Midlothian Illinois, Chicago, Illinois, or within the geographical boundaries of the Northern District of Illinois.

7.  Affiant has no contractual, commercial, business or personal relationship with the Plaintiff.

8.  A copy of the Complaint and Summons issued in this case was delivered to Affiant at his business in Chattanooga, Hamilton County, Tennessee.

9.  This affidavit is given upon personal knowledge for the purpose of supporting a Motion to Dismiss being filed in this case.

**FURTHER DEPONENT SAYETH NOT.**

*(signature)*
David Jason Randall

Sworn to and subscribed before me
This 4th day of October, 2009.

*(notary signature and Georgia notary seal)*
Notary Public
My Commission Expires 3-16-2010

2

## Certificate of Service

I certify that I have this day electronically filed a complete and accurate copy of the foregoing pleading with the Clerk of this Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties and counsel of record indicated on the electronic filing receipt and the parties may access this filing through the Court's electronic filing system. All additional counsel and unrepresented parties will be served by hand delivery, statutory overnight delivery, facsimile or e-mail transmission, or by depositing a complete and accurate copy of the foregoing pleading in the United States Mail with sufficient postage affixed thereon to carry same to its destination.

Mr. Winkle Hong, Esq.
Moran Industries, Inc.
4444 West 147th Street
Midlothian, IL 60445

Mr. Rodney P. Randall
1858 Rivergate Terrace
Soddy Daisy, TN 37379

This 5 day of October, 2009.

*/s/ James A. Meaney, III*
**James A. Meaney, III**