**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MORAN INDUSTRIES, INC., Plaintiff, | ) | |
| v. | ) | Case No: 09 CV 5563 |
| MR. TRANSMISSION OF CHATTANOOGA, INC., RODNEY B. RANDALL, and DAVID JASON RANDALL, d/b/a JASON RANDALL'S TRANSMISSION SERVICE, Defendants. | ) | **Judge John W. Darrah** |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on November 10, 2009 at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Judge John W. Darrah in Room 1203 at the U.S. District Courthouse, 219 South Dearborn, Chicago, Illinois 60604 and shall then and there present *Defendants, Rodney B. Randall and Mr. Transmission of Chattanooga, Inc.'s Rule 12(B)(2) and (3) Motion to Dismiss Count I of Plaintiff's Complaint*.

Respectfully submitted,

RODNEY B. RANDALL and
MR. TRANSMISSION OF CHATTANOOGA, INC.

By: /s/ James J. Sanders
One of Their Attorneys

Howard B. Randell (ARDC # 06204957)
James J. Sanders (ARDC # 06290660)
LEAHY, EISENBERG & FRAENKEL, LTD.
***Attorneys for Defendants, Rodney B. Randall and***
***Mr. Transmission of Chattanooga, Inc.***
33 West Monroe, Suite 1100
Chicago, Illinois 60603
Phone: (312) 368-4554
Fax: (312) 368-4562
Atty. Code: 6204957

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 27, 2009, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Northern District of Illinois.

*/s/* James J. Sanders

F:\Case\199819\13644\NOM-MOTION TO DISMISS.doc