# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 09 CV 5563 |
| Moran Industries, Inc. | Judge John W. Darrah |
| v. | |
| Mr. Transmission of Chattanooga, Inc., et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Moran Industries, Inc.

| |
|---|
| NAME (Type or print) |
| Patrick J. O'Malley Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ |
| FIRM  Patrick J. O'Malley Jr., Attorney at Law |
| STREET ADDRESS  4444 W. 147th Street |
| CITY/STATE/ZIP  Midlothian, IL 60445 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6280734 | TELEPHONE NUMBER 708/389-5922 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") Y |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. |
| RETAINED COUNSEL                    APPOINTED COUNSEL |