# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MORAN INDUSTRIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MR. TRANSMISSION OF CHATTANOOGA, )<br>INC., RODNEY B. RANDALL, DAVID JASON )<br>RANDALL d/b/a JASON RANDALL'S )<br>TRANSMISSION SERVICE, )<br>)<br>Defendants. ) | Case No. 09 CV 5563<br><br>Judge John W. Darrah |

## MOTION TO TRANSFER
## TO THE EASTERN DISTRICT OF TENNESSEE

NOW COMES the Plaintiff, Moran Industries, Inc., by and through its attorney, Patrick J. O'Malley, and in lieu of response to the Defendants' respective Motions to Dismiss for improper venue and lack of personal jurisdiction, moves this Honorable Court for entry of an Order transferring the place of trial of the above-entitled cause from the United States District Court for the Northern District of Illinois to the United States District Court for the Eastern District of Tennessee, and in support of its Motion states as follows:

1. The Plaintiff, Moran Industries, Inc., is an Illinois corporation with its principal place of business located at 4444 W. 147th Street, Midlothian, Illinois, and is engaged in business as a franchisor of specialized transmission service centers known as "Mr. Transmission Service Centers."

2. On or around June 1, 1982, Defendant Rodney Randall, a resident of Tennessee, entered into a franchise agreement with Mr. Transmission, Inc. pursuant to which Rodney Randall obtained the right and undertook the obligation to operate a Mr. Transmission franchise for

1

a term of 20 years located at 2022 E. 23rd Street, Chattanooga, Tennessee (the "Franchised Center").

3. Defendant Rodney Randall operated the franchise personally and through Defendant Mr. Transmission of Chattanooga, Inc. ("MTC"), a Tennessee corporation.

4. On or around August 14, 1990, Rodney Randall's franchise agreement was assigned by Mr. Transmission, Inc. to the Plaintiff, which assignment was consented to by Rodney Randall.

5. On or around June 25, 2002, Rodney Randall renewed the franchise agreement with the Plaintiff for an additional 20-year term.

6. Defendant David Jason Randall, a Georgia resident and the son of Defendant Rodney Randall, has been doing business as Jason Randall's Transmission Service at the location of the Franchised Center in Chattanooga, Tennessee since about August 3, 2009.

7. The Plaintiff filed its civil Complaint against the Defendants on September 8, 2009, claiming breach of the franchise agreement by Defendants Rodney Randall and MTC, as well as trademark infringement by Defendant David Jason Randall.

8. Defendants Rodney Randall and MTC, together, and Defendant David Jason Randall have both moved this Court to dismiss the Plaintiff's case on the bases of lack of personal jurisdiction and improper venue.

9. While the Plaintiff submits that this Court has personal jurisdiction over each of the Defendants and that the Northern District of Illinois is a proper venue for the adjudication hereof, the Plaintiff hereby proffers that, for the convenience of the parties and witnesses, in the interest of justice, this cause should be transferred to the United States District Court, Eastern District of Tennessee.

10. This Court has the authority pursuant to 28 U.S.C. §1404 to so transfer this cause to any other district or division where it might have been brought, regardless whether this Court

has personal jurisdiction over the Defendants. *Fort Knox Music, Inc. v. Baptiste*, 267 F.3d 108, 112 (2d Cir. 2001).

11. Being that Defendant Rodney Randall is a Tennessee resident, MTC is a Tennessee corporation, and David Jason Randall does business in Tennessee, service of process could have been made against each of them in Tennessee, and as such the U.S. District Court, Eastern District of Tennessee would have personal jurisdiction over the each of the Defendants in this cause. (The Affidavits of Rodney Randall and David Jason Randall attached to their respective motions to dismiss verify each of the Defendant's contacts with the State of Tennessee.)

12. Further, given that the business operations of each of the Defendants giving rise to the Plaintiff's claims against them occurred in Tennessee, venue would be proper in the U.S. District Court, Eastern District of Tennessee.

13. The purposes of 28 U.S.C. §1404 are to prevent waste of time, energy and money and to protect litigants, witnesses, and the public against unnecessary inconvenience and expense. *Central Sports Army Club v. Arena Associates, Inc.*, 952 F.Supp. 181 (S.D.N.Y. 1997).

14. The Plaintiff proffers that the resources of all the parties and the U.S. District Court would be put to more efficient use by the prompt transfer of this cause for adjudication in the U.S. District Court, Eastern District of Tennessee, where venue would be proper and the Court would have personal jurisdiction over each of the Defendants.

15. The Plaintiff further submits that a transfer to the U.S. District Court, Eastern District of Tennessee would not delay the trial in this matter, and that such transfer would actually expedite trial because the need for litigating the propriety of venue and personal jurisdiction in the Northern District of Illinois would be thereby eliminated.

16. Notwithstanding the foregoing, should this Court deem venue improper in the Northern District of Illinois, the Plaintiff submits that this Court should exercise its authority pursuant to 28 U.S.C. §1406(a) and still transfer this cause to the U.S. District Court, Eastern District of Tennessee for the same reasons Plaintiff has set forth herein for transfer pursuant to 28 U.S.C. §1404.

WHEREFORE, the Plaintiff respectfully requests that this Court enter an Order transferring the place of trial of this cause from the United States District Court for the Northern District of Illinois to the United States District Court for the Eastern District of Tennessee.

Respectfully submitted,

Moran Industries, Inc.,
an Illinois corporation,

by _____
    its attorney

Patrick J. O'Malley
Attorney at Law (ARDC #6280734)
4444 W. 147th Street
Midlothian, Illinois 60445
Ph: 708/389-5922
Fax: 708/389-5948
E-Mail: pomalley@moranindustries.com