

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**                                                                                           (312) 435-5691

March 15, 2010

United States District Court

Eastern District of Tennessee

Howard H. Baker Jr.
United States Courthouse
800 Market Street, Suite 130
Knoxville, TN 37902-7902

RE:   Moran Industries, Inc. v. Mr. Transmission of Chattanooga, Inc. et al

Case No:  1:09-cv-05563

Dear Clerk:

Pursuant to the order entered by Honorable John W. Darrah on 02/09/2010, the above record

■        was electronically transmitted to USDC for the Eastern District of Tennessee.


Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                                                                Sincerely yours,

                                                                Michael W. Dobbins, Clerk

                                                        By:     s/ Esperanza Arnold
                                                                Deputy Clerk

Enclosures


New Case No. _____          Date _____

cc:      Non-ECF Attorneys and Pro se Parties